EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   florence.nakakuni@usdoj.gov

LODGED
SEP 0 2 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 04 2003
at____o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>               Plaintiff,          )<br>                                   )<br>          vs.                     )<br>                                   )<br> OLIVER KUPAU,           (08)      )<br>                                   )<br>               Defendant.          )<br>_____) | CR. NO. 00-00216 HG -08<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

     Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment against defendant Oliver Kupau on the ground(s) that

defendant pleaded guilty to an Information in Cr. No. 02-0223 HG.



The defendant is not in custody on the dismissed charge(s) listed above.

DATED: Honolulu, Hawaii, 8.29.03

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. Oliver Kupau
Cr. No. 00-00216 HG -08
Order for Dismissal